## National Catastrophe Team

P.O. Box 672041  
Dallas, Texas 75267  
Phone: (800) 547-8676  
Fax:  (877) 292-9527

| | | | |
|---|---|---|---|
| Insured: | GABRIEL LADO | Home: | |
| Property: | 1507 BLAKE CT | E-mail: | |
| | FAIRBORN, OH 45324-8561 | | |
| Home: | 1507 BLAKE CT | | |
| | FAIRBORN, OH 45324-8561 | | |
| Claim Rep.: | Carla Brooks | Business: | (800) 547-8676 |
| Company: | Allstate Insurance | | |
| Estimator: | Carla Brooks | Business: | (800) 547-8676 |
| Company: | Allstate Insurance | | |

**Claim Number:** 0547461657      **Policy Number:** 000992502366      **Type of Loss:** Hail

| | |
|---|---|
| Date Contacted: | 9/18/2019 3:00 PM |
| Date of Loss: | 5/27/2019 11:45 PM |
| Date Inspected: | 8/19/2019 12:30 PM |
| Date Est. Completed: | 9/20/2019 10:22 PM |

| | |
|---|---|
| Date Received: | 5/30/2019 1:35 PM |
| Date Entered: | 6/2/2019 7:26 PM |

| | |
|---|---|
| Price List: | OHDT8X_MAY19 |
| | Restoration/Service/Remodel |
| Estimate: | GABRIEL_LADO |

Allstate is dedicated to providing you with outstanding service throughout the claim-handling process.  If you have any questions regarding this estimate, or if there are differences with the estimate provided by your repair person of choice, or if additional damage is found during the repair process, please contact us at (800) 547-8676.  
Thank you,  
Carla Brooks

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax:  (877) 292-9527

## GABRIEL_LADO

### Exterior

### Dwelling Exterior



**Dwelling Roof**

| | | | |
|---|---|---|---|
| 1763.07 | Surface Area | 17.63 | Number of Squares |
| 9.72 | Total Hip Length | 61.59 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 17.63 SQ | 40.87 | 720.54 | 12/25 yrs | Avg. | NA | (0.00) | 720.54 |
| 2. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 20.00 SQ | 172.24 | 3,444.80 | 12/25 yrs | Avg. | 48% | (1,653.50) | 1,791.30 |
| Auto Calculated Waste: 13.4%, 2.37SQ | | | | | | | | |
| Options:  Valleys: Closed-cut (half laced), Include eave starter course: Yes, Include rake starter course: No, Include ridge/hip cap: Yes, Exposure: 5", Bundle Rounding: 0.5%, 0.08SQ - (included in waste calculation above) | | | | | | | | |
| 3. Roofing felt - 15 lb. | 14.83 SQ | 24.74 | 366.89 | 12/20 yrs | Avg. | 60% | (220.13) | 146.76 |
| 4. Ice & water barrier | 280.00 SF | 1.38 | 386.40 | 0/30 yrs | Avg. | 0% | (0.00) | 386.40 |
| 5. R&R Continuous ridge vent - aluminum | 50.00 LF | 7.58 | 379.00 | 12/35 yrs | Avg. | 34.29% | (118.80) | 260.20 |
| 6. R&R Flashing - pipe jack | 2.00 EA | 38.44 | 76.88 | 12/35 yrs | Avg. | 34.29% | (22.64) | 54.24 |
| 7. Step flashing | 42.00 LF | 7.95 | 333.90 | 0/35 yrs | Avg. | 0% | (0.00) | 333.90 |
| 8. R&R Rain cap - 6" | 1.00 EA | 43.35 | 43.35 | 12/35 yrs | Avg. | 34.29% | (13.54) | 29.81 |
| 9. Additional charge for high roof (2 stories or greater) | 17.63 SQ | 4.06 | 71.58 | 0/NA | Avg. | NA | (0.00) | 71.58 |
| 10. Additional charge for high roof (2 stories or greater) | 17.63 SQ | 14.72 | 259.51 | 0/NA | Avg. | 0% | (0.00) | 259.51 |
| 11. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 17.63 SQ | 10.76 | 189.70 | 0/NA | Avg. | NA | (0.00) | 189.70 |
| 12. Additional charge for steep roof - 7/12 to 9/12 slope | 17.63 SQ | 33.32 | 587.43 | 0/NA | Avg. | 0% | (0.00) | 587.43 |
| **Totals:  Dwelling Roof** | | | **6,859.98** | | | | **2,028.61** | **4,831.37** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **GUTTERS** | | | | | | | | |
| 13. R&R Gutter / downspout - aluminum - up to 5" | 83.00 LF | 5.69 | 472.27 | 5/25 yrs | Avg. | 20% | (87.98) | 384.29 |
| 14. R&R Gable cornice return - 3 tab | 6.00 EA | 67.96 | 407.76 | 5/25 yrs | Avg. | 20% | (70.01) | 337.75 |
| 15. R&R Flashing - kick-out diverter | 5.00 EA | 43.26 | 216.30 | 5/35 yrs | Avg. | 14.29% | (25.74) | 190.56 |
| **Totals:  Gutters** | | | **1,096.33** | | | | **183.73** | **912.60** |

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax:  (877) 292-9527

## Rear Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 16.  R&R House wrap (air/moisture barrier) | 180.00 SF | 0.32 | 57.60 | 0/150 yrs | Avg. | 0% | (0.00) | 57.60 |
| 17.  R&R Siding - vinyl | 180.00 SF | 3.61 | 649.80 | 0/50 yrs | Avg. | 0% | (0.00) | 649.80 |
| 18.  R&R Window screen, 1 - 9 SF | 3.00 EA | 39.96 | 119.88 | 0/30 yrs | Avg. | 0% | (0.00) | 119.88 |
| 19.  Haul debris - per pickup truck load - including dump fees | 0.50 EA | 106.18 | 53.09 | 0/NA | Avg. | NA | (0.00) | 53.09 |
| **Totals:  Rear Elevation** | | | **880.37** | | | | **0.00** | **880.37** |

## Right Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 20.  R&R Fascia - metal - 8" | 32.00 LF | 4.68 | 149.76 | 0/50 yrs | Avg. | 0% | (0.00) | 149.76 |
| **Totals:  Right Elevation** | | | **149.76** | | | | **0.00** | **149.76** |

## Other Structures

### Fencing

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 21.  R&R Post - wood - 4" x 4" fence grade cedar or equal<br>post for shade support | 1.00 EA | 66.49 | 66.49 | 0/12 yrs | Avg. | 0% | (0.00) | 66.49 |
| 22.  Haul debris - per pickup truck load - including dump fees | 0.25 EA | 106.18 | 26.55 | 0/NA | Avg. | NA | (0.00) | 26.55 |
| **Totals:  Fencing** | | | **93.04** | | | | **0.00** | **93.04** |
| **Total:  Other Structures** | | | **93.04** | | | | **0.00** | **93.04** |
| **Total:  Dwelling Exterior** | | | **9,079.48** | | | | **2,212.34** | **6,867.14** |

## Interior

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax: (877) 292-9527



**Master Bath**     Height: 8'

| | |
|---|---|
| 304.00 SF Walls | 90.00 SF Ceiling |
| 394.00 SF Walls & Ceiling | 90.00 SF Floor |
| 10.00 SY Flooring | 38.00 LF Floor Perimeter |
| 38.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 23. Floor protection - plastic and tape - 10 mil | 90.00 SF | 0.25 | 22.50 | 0/15 yrs | Avg. | 0% | (0.00) | 22.50 |
| 24. Mask the ceiling perimeter per square foot - plastic and tape - 4 mil | 38.00 SF | 0.20 | 7.60 | 0/15 yrs | Avg. | 0% | (0.00) | 7.60 |
| 25. Drywall tape joint/repair - per LF | 4.00 LF | 6.98 | 27.92 | 0/150 yrs | Avg. | 0% | (0.00) | 27.92 |
| 26. Texture drywall - smooth / skim coat | 90.00 SF | 1.18 | 106.20 | 0/150 yrs | Avg. | 0% | (0.00) | 106.20 |
| 27. Texture drywall - light hand texture | 90.00 SF | 0.57 | 51.30 | 0/150 yrs | Avg. | 0% | (0.00) | 51.30 |
| 28. Seal/prime then paint the ceiling (2 coats) | 90.00 SF | 0.77 | 69.30 | 0/15 yrs | Avg. | 0% | (0.00) | 69.30 |
| 29. Final cleaning - construction - Residential | 90.00 SF | 0.22 | 19.80 | 0/NA | Avg. | 0% | (0.00) | 19.80 |
| 30. Haul debris - per pickup truck load - including dump fees | 0.25 EA | 106.18 | 26.55 | 0/NA | Avg. | NA | (0.00) | 26.55 |
| **Totals: Master Bath** | | | **331.17** | | | | **0.00** | **331.17** |
| **Total: Interior** | | | **331.17** | | | | **0.00** | **331.17** |
| **Total: Exterior** | | | **9,410.65** | | | | **2,212.34** | **7,198.31** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 31. Haul debris - per pickup truck load - including dump fees included to haul off construction debris | 1.00 EA | 106.18 | 106.18 | 0/NA | Avg. | NA | (0.00) | 106.18 |
| **Totals: Debris Removal** | | | **106.18** | | | | **0.00** | **106.18** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 32. Painting labor minimum* | 1.00 EA | 103.01 | 103.01 | 0/NA | Avg. | 0% | (0.00) | 103.01 |
| 33. Drywall labor minimum* | 1.00 EA | 208.89 | 208.89 | 0/NA | Avg. | 0% | (0.00) | 208.89 |
| 34. Fencing labor minimum* | 1.00 EA | 91.25 | 91.25 | 0/NA | Avg. | 0% | (0.00) | 91.25 |
| 35. Cleaning labor minimum* | 1.00 EA | 57.08 | 57.08 | 0/NA | Avg. | 0% | (0.00) | 57.08 |
| 36. Insulation labor minimum* | 1.00 EA | 144.61 | 144.61 | 0/NA | Avg. | 0% | (0.00) | 144.61 |
| **Totals: Labor Minimums Applied** | | | **604.84** | | | | **0.00** | **604.84** |

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax:  (877) 292-9527

| Line Item Totals: GABRIEL_LADO | 10,121.67 | 2,212.34 | 7,909.33 |
|---|---|---|---|

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 304.00 | SF Walls | 90.00 | SF Ceiling | 394.00 | SF Walls and Ceiling |
| 90.00 | SF Floor | 10.00 | SY Flooring | 38.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 38.00 | LF Ceil. Perimeter |
| 90.00 | Floor Area | 103.11 | Total Area | 304.00 | Interior Wall Area |
| 3,347.89 | Exterior Wall Area | 40.67 | Exterior Perimeter of Walls | | |
| 1,763.07 | Surface Area | 17.63 | Number of Squares | 0.00 | Total Perimeter Length |
| 61.59 | Total Ridge Length | 9.72 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| AA-Dwelling | 9,243.63 | 91.33% | 7,157.47 | 88.94% |
| A9-Dwelling - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| BB-Other Structures | 157.74 | 1.56% | 159.95 | 1.99% |
| B9-Other Structures - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| BC-Building Codes | 720.30 | 7.12% | 729.93 | 9.07% |
| CC-Unscheduled Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| C9-Unscheduled Personal Property - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| DD-Additional Living Expense | 0.00 | 0.00% | 0.00 | 0.00% |
| D9-Additional Living Expense - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| DB-Debris Removal | 0.00 | 0.00% | 0.00 | 0.00% |
| FF-Fire Department Service Charge | 0.00 | 0.00% | 0.00 | 0.00% |
| GT-Guest Travel Extended Protection | 0.00 | 0.00% | 0.00 | 0.00% |
| LD-Land | 0.00 | 0.00% | 0.00 | 0.00% |
| ML-Motorized Land Vehicle | 0.00 | 0.00% | 0.00 | 0.00% |
| VP-Motorized Land Vehicle Parts, Equipment or Accessories | 0.00 | 0.00% | 0.00 | 0.00% |
| XX-Liability | 0.00 | 0.00% | 0.00 | 0.00% |
| X9-Liability - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| YY-Guest Medical | 0.00 | 0.00% | 0.00 | 0.00% |
| Y9-Guest Medical - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 10,121.67 | 100.00% | 8,047.35 | 100.00% |

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax:  (877) 292-9527

## Summary for
### AA-Dwelling
**Summary for All Items**

| | |
|---|---:|
| Line Item Total | 9,243.63 |
| Material Sales Tax | 187.27 |
| Cln&Carpet Svc Tax | 5.19 |
| **Replacement Cost Value** | **$9,436.09** |
| Less Depreciation | (2,278.62) |
| **Actual Cash Value** | **$7,157.47** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$6,157.47** |
| Total Recoverable Depreciation | 2,278.62 |
| **Net Claim if Depreciation is Recovered** | **$8,436.09** |

_____
Carla Brooks

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax:  (877) 292-9527

## Summary for
### BB-Other Structures
**Summary for All Items**

| | |
|---|---:|
| Line Item Total | 157.74 |
| Material Sales Tax | 2.21 |
| **Replacement Cost Value** | **$159.95** |
| Less Non-recoverable Depreciation | <0.00> |
| **Actual Cash Value** | **$159.95** |
| **Net Claim** | **$159.95** |

_____
Carla Brooks

**National Catastrophe Team**

P.O. Box 672041
Dallas, Texas 75267
Phone: (800) 547-8676
Fax:  (877) 292-9527

## Summary for
### BC-Building Codes
**Summary for All Items**

| | |
|---|---:|
| Line Item Total | 720.30 |
| Material Sales Tax | 9.63 |
| **Replacement Cost Value** | **$729.93** |
| Less Non-recoverable Depreciation | <0.00> |
| **Actual Cash Value** | **$729.93** |
| **Net Claim** | **$729.93** |

Carla Brooks

Depending upon the circumstances of your loss, our estimate may or may not include an amount for general contractor's overhead and profit.  If you have questions regarding general contractor's overhead and profit and whether the services of a general contractor are appropriate for your loss, please contact your claim representative before proceeding with repairs.

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

This document includes a damage estimate for your property based on Replacement Cost Value (RCV) and Actual Cash Value (ACV). The ACV estimate reflects the RCV less the amount of any depreciation.  Depreciation is the decrease in value of an item due to the item's condition, which takes into consideration age, life expectancy, usage, type of item, and market factors.  As your adjuster has explained, depending on your policy, you may be able to recover your depreciation upon your repair or replacement of the covered damages.

During the claim process, we asked for your assistance in establishing the age and condition of your damaged items. If you have any questions regarding the age and condition applied to your property, or any other questions regarding this estimate, please contact your adjuster.

Specialized skill, licensing or certification may be needed of any contractor(s) that you retain, for instance, to identify the presence and nature of any potential contaminants, toxins, pollutants, or other hazards that may be encountered during the course of the work, or to utilize appropriate work practices and procedures during the course of the work. Check with your local or State public health or environmental agency regarding potential hazards, including contractor qualifications and other requirements. For your safety, it is prudent to avoid areas where damaged structures, materials or unknown substances may be present, and to not disturb such structures, material, or unknown substances until your contractors have inspected the work site.

The suggestions above are provided only for your consideration. They in no way supplement, alter or modify your existing coverage.  Your insurance policy is the legal contract that contains the terms and limitations of your coverage.

If you have any concerns about the grade of flooring on your estimate, you may take advantage of a free service that will provide you with a more specific analysis. To use this option, please keep a 12" x 12" sample of your damaged flooring, and notify your Allstate adjuster that you would like the additional analysis.